## BEVERLY *v.* GILMORE.

LUMPKIN, J.   1. There was no error in the rulings complained of in the grounds of the motion for a new trial. Nor are the grounds of such a character that a discussion of each of them individually would be profitable.

2. The evidence authorized the verdict, and there was no error in overruling the motion for a new trial.

3. After a careful consideration of the evidence and the motion for a new trial, it does not so clearly appear that the case was brought to this court for delay only as to require the award of damages on that ground.

*Judgment affirmed. All the Justices concur.*

APRIL 18, 1913.

Complaint.   Before Judge Thomas.   Colquitt superior court. May 4, 1912.

*Shipp & Kline,* for plaintiff in error.   *W. F. Way,* contra.